**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2021-0536, <u>Paul Ranberg v. HFloesser Realty NH, LLC</u>, the court on September 16, 2022, issued the following order:**

Having considered the opening and reply briefs filed by the plaintiff, Paul Ranberg, the memorandum of law filed by the defendant, HFloesser Realty NH, LLC, and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the plaintiff, as the appealing party, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**